UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEVESTER ROBINSON                            JURY TRIAL DEMANDED

v.                                           CASE NO.  3:07CV

INVESTIGATION & RECOVERY ASSOCIATES, LLC

COMPLAINT

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder or the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.  The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3.  Plaintiff is a natural person who resides in Connecticut.

4.  Plaintiff is a consumer within the FDCPA.

5.  Defendant holds itself out to the public as a collection agency licensed in Wisconsin.

6.  Defendant is a debt collector within the FDCPA.

7.  Defendant has a place of business at 134 Front Street, Beaver Dam WI 53916  which  was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to collect  a disputed personal account.

8.  Defendant sent several collection letters arising out of balance allegedly owing after New Haven County Credit Union repossessed plaintiff's personal vehicle.

FIRST COUNT

9.   In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f(1), or -g.

SECOND COUNT

10.  Within three years prior to the date of this action Defendant engaged in acts and practices as
to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer
Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair
Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.* causing plaintiff to consult an attorney.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including
$1,000 statutory damages for each communication against each defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award declaratory and injunctive relief, and such other and further relief as law or equity may
   provide.

                                        THE PLAINTIFF


                                        BY__/s/ Joanne S. Faulkner__
                                        JOANNE S. FAULKNER ct04137
                                        123 AVON STREET
                                        NEW HAVEN, CT 06511-2422
                                        (203) 772-0395
                                        j.faulkner@snet.net