UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEVESTER ROBINSON

v.                                    CASE NO.  3:07CV 1758 (WWE)

INVESTIGATION & RECOVERY ASSOCIATES, LLC       December 24, 2007

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

                                   THE PLAINTIFF

                                   BY____/s/ Joanne S. Faulkner___
                                   JOANNE S. FAULKNER ct04137
                                   123 Avon Street
                                   New Haven, CT 06511-2422
                                   (203) 772-0395

Certificate of Service

I hereby certify that on December 24, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                   ____/s/ Joanne S. Faulkner___
                                   JOANNE S. FAULKNER ct04137
                                   123 Avon Street
                                   New Haven, CT 06511-2422
                                   (203) 772 0395
                                   j.faulkner@snet.net